**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br>100 F Street NE<br>Washington, D.C. 20549<br><br>                                                            **Plaintiff,**<br><br>v.<br><br>**ENTERGY CORPORATION,**<br>639 Loyola Avenue<br>New Orleans, Louisiana 70113<br><br>                                                            **Defendant.** | No. 24-CV-3554 |

# COMPLAINT

Plaintiff United States Securities and Exchange Commission ("SEC") for its complaint against Defendant Entergy Corporation ("Entergy" or "Defendant"), alleges as follows:

## SUMMARY

1. This case involves Entergy's violations of the internal accounting controls and books and records provisions of the federal securities laws relating to its materials and supplies asset in its financial statements.

2. Entergy, through its subsidiaries, is engaged in the generation, sale, and retail distribution of electricity in Arkansas, Louisiana, Mississippi, and Texas. Entergy's stock is registered with the SEC and publicly traded on the New York Stock Exchange. The federal securities laws and SEC rules and regulations require that public companies like Entergy maintain and file with the SEC financial statements in conformity with Generally Accepted Accounting Principles ("GAAP"). Entergy's materials and supplies consist of tangible goods,

equipment, and materials that Entergy purchased for use to construct and maintain its power plants, to transmit and distribute power to customers, and for other general facilities and operational use. Entergy's internal policies also noted the importance of accounting for materials and supplies in conformity with GAAP.

3. Nonetheless, from at least mid-2018 to the present (the "Relevant Period"), Entergy failed to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that surplus materials and supplies were timely identified and properly remeasured in its books and reported in its financial statements in accordance with GAAP.

4. Under GAAP, materials and supplies are generally initially recognized as assets measured at acquisition cost. For materials and supplies not yet consumed, the asset must be evaluated for remeasurement, for example, where evidence indicates the materials and supplies are surplus, no longer have service potential, or if a decision is made to dispose of the asset by sale or other means. An expense is required to be recognized if the carrying value of the asset (*e.g.*, historical cost) exceeds the remeasured amount.

5. Throughout the Relevant Period, Entergy included materials and supplies at their average cost as an asset on its balance sheet. During this time, Entergy had information that this asset included materials and supplies that were slow-moving, aged, and potentially in excess of its business needs, and thus were not being used.

6. In fact, Entergy considered materials and supplies that had accumulated in quantities greater than needed for future use to be surplus. However, Entergy's system of internal accounting controls was insufficient because it did not ensure that Entergy's materials and

supplies asset was regularly reviewed for surplus, and that surplus materials and supplies were remeasured at the appropriate amount and recognized timely in accordance with GAAP.

7.  More specifically, over the Relevant Period, Entergy employees and two management consultants identified a substantial amount of potential surplus materials and supplies including: (1) aged non-critical materials and supplies in excess of Entergy's historical use and anticipated future use; (2) materials and supplies exceeding the maximum stocking levels set by the business units; and (3) materials and supplies that had not been used in 20 or more years. Each of these categories indicated the existence of materials and supplies that either would, or would potentially, go unused or otherwise lack service potential for Entergy. Nevertheless, Entergy repeatedly failed to establish a comprehensive process to review these materials and supplies to identify surplus, remeasure it, and record any differences between its initial cost and remeasured cost as an expense.

8.  In August 2021, in an attempt to address its slow-moving and aged materials and supplies, the company established a reserve for an anticipated write-down of surplus and obsolete materials and supplies, reserving $3 million in late 2021, $9 million for the full 2022 year and $5 million for the 2023 year. These amounts, however, were not derived from an analysis of the materials and supplies identified by Entergy's consultants as potential surplus. By 2022, Entergy employees suggested a "significantly larger reserve fund for disposing of potential surplus."

9.  As a result of Entergy's failures to devise and maintain sufficient internal accounting controls for materials and supplies, Entergy's evaluation of its recorded materials and supplies for surplus was inadequate, and it therefore failed to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that surplus materials

and supplies were timely identified and properly remeasured in its books and reported in its financial statements in accordance with GAAP.

## **VIOLATIONS**

10. By virtue of the conduct alleged in this Complaint, Entergy violated the internal accounting controls and books and records provisions of Section 13(b)(2)(A) and 13(b)(2)(B) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78m(b)(2)(A) and 78m(b)(2)(B)].

11. Unless Entergy is restrained and enjoined, it will continue to engage in the acts, practices, transactions, and courses of business set forth in this Complaint, or in acts, practices, transactions, and courses of business of similar type and object.

12. The SEC seeks an order enjoining Entergy from future violations of the above provisions, requiring Entergy to pay a civil money penalty and ordering Entergy to undertake specific remedial relief as set forth in more detail below.

## **JURISDICTION AND VENUE**

13. This Court has jurisdiction over this action, and venue lies in this District, pursuant to Exchange Act §§ 21(d), 21(e) and 27 [15 U.S.C. §§ 78u(d), 78u(e) and 78aa], and 28 U.S.C. § 1331.

14. Defendant, directly or indirectly, made use of the means or instrumentalities of interstate commerce, or of the mails, or the facilities of a national securities exchange in connection with the acts, practices, transactions, and courses of business alleged in this Complaint.

15. Venue lies in this Court pursuant to Exchange Act 27 [15 U.S.C. § 78aa]. During the Relevant Period, Entergy filed with the SEC quarterly and annual reports which

reported the total value of materials and supplies at average cost as an asset on Entergy's consolidated balance sheets. Entergy also furnished to the SEC current reports which attached Entergy's earnings press releases reporting earnings/net income and the total value of materials and supplies at average cost as an asset on Entergy's consolidated balance sheets.

## DEFENDANT

16.     **Entergy Corporation** is incorporated in Delaware and has its principal place of business in New Orleans, Louisiana. Entergy owns five utility Operating Companies that are engaged primarily in the generation, transmission, and retail distribution of electricity in the states of Arkansas, Louisiana, Mississippi, and Texas. Entergy has been a SEC-reporting company since 1989. Entergy is a public company whose securities are registered pursuant to Section 12(b) of the Exchange Act and trade on the New York Stock Exchange.

## FACTS

### A.     Entergy's Materials and Supplies Asset

17.     Entergy's materials and supplies consist of tangible goods, equipment, and materials that Entergy purchased for use to construct and maintain its power plants, to transmit and distribute power to customers, and for other general facilities and operational use. Entergy records and reports materials and supplies as an asset on its balance sheet and measures materials and supplies at average cost.

18.     At year-end 2018, Entergy reported $752 million of materials and supplies at average cost on its balance sheet. The value of Entergy's materials and supplies significantly increased over the Relevant Period and was reported to be more than $1.49 billion as of March 31, 2024.

### B. Entergy Had Insufficient Internal Accounting Controls to Address the Accounting for Surplus Materials and Supplies

19. Entergy's internal accounting policies acknowledged the importance of properly accounting for surplus materials and supplies, yet Entergy failed to implement sufficient internal accounting controls to review, identify, measure, and write-down surplus materials and supplies, as necessary.

20. Entergy's accounting policies defined "surplus" materials and supplies to include both materials and supplies that are serviceable but no longer required by the company for its intended purpose, as well as items that have accumulated in quantities greater than needed for future use.

21. Under GAAP, a company would be required to determine whether an expenditure, such as Entergy's acquisition of materials and supplies, should be recognized as an asset on its balance sheet, initially reported at cost when acquired. For materials and supplies that are recognized as an asset, GAAP also requires remeasurement of such assets in certain circumstances to ensure that the assets are not carried at more than their recoverable amount. For example, a company should remeasure: (1) equipment held and used, at the lower of its carrying amount or fair value, if the carrying amount is determined not to be recoverable; (2) equipment held for sale, at the lower of its carrying amount or fair value less cost to sell; and (3) equipment to be abandoned at its salvage value when the company ceases to use that equipment. The company must recognize any resulting loss in the then-current period, and the updated amount also must be reported on the company's balance sheet.

22. During the Relevant Period, Entergy should have regularly reviewed its materials and supplies to determine if any of it was surplus to its business' needs and recognized a loss when remeasurement of the materials and supplies was required. As discussed below, Entergy

failed to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that surplus materials and supplies were timely identified and properly remeasured in its books and reported in its financial statements in accordance with GAAP.

23. Instead, each quarter from at least mid-2018 to the present, in quarterly reports, annual reports, and earnings press releases attached to current reports which Entergy filed with the SEC, Entergy reported the value of its materials and supplies at average unit cost as an asset on its balance sheet and in its books and records without adequate consideration of whether those assets were in excess of its business needs and thus should have been considered surplus and remeasured accordingly.

### C. Entergy Was Informed of Significant Amounts of Potential Surplus Materials and Supplies

24. As described in further detail below, during the Relevant Period, Entergy hired two management consultants to review Entergy's materials and supplies and improve the company's management practices relating to materials and supplies. Both consultants identified significant quantities of potential surplus materials and supplies based on a review of Entergy's internal data and interviews with Entergy employees.

25. In addition, Entergy's employees identified significant amounts of materials and supplies that had not been used in at least 20 years.

26. Despite being informed that Entergy held significant amounts of potential surplus, Entergy failed to take steps to regularly review, identify, and remeasure surplus materials and supplies for accounting purposes.

### 1. Entergy Failed to Address Potential Surplus Materials and Supplies Identified by Its First Management Consultant

27. In late 2017, Entergy retained its first consultant to improve the company's management of its materials and supplies, including identifying potential opportunities to sell excess materials and supplies.

28. In January 2018, after receiving the consultant's initial reports, an officer in Entergy's supply chain group communicated to another supply chain officer that it looks like Entergy is "massively over stocked" in its nuclear business unit, which has the company's largest amount of materials and supplies.

29. In February 2018, the consultant, based on an analysis of Entergy's internal data, documented that Entergy had over $121 million of non-critical materials and supplies in its nuclear plants that had not been used in 10 or more years, and an additional $56 million of materials and supplies in its non-nuclear power plants that had not been used in 10 or more years and that the business unit had determined it would not re-order. The consultant analyzed Entergy's historical usage and demand data, including the fact that most materials and supplies actually used were purchased within the past three years. Based on that analysis, the consultant emailed supply chain officials stating that, with respect to this $177 million worth of materials and supplies, Entergy's power plants had "unlimited years of stock on hand," which would not be possible to use over any reasonable time horizon. In other words, some of these materials and supplies were surplus to Entergy's business needs.

30. By March 2018, the consultant prepared a report addressing a broader population of slow-moving materials and supplies, in which it identified additional materials and supplies beyond the $177 million that could be dispositioned without negatively impacting Entergy's business operations. This population of materials and supplies included non-critical items that

had not been used in 10 or more years and non-critical items exceeding the maximum stocking levels set by the business units, suggesting that these assets lacked service potential for Entergy. In the March 2018 report, the consultant also noted, based on information it received from a different management expert, that Entergy could expect to recover, on average, 15-20% of the reported value through dispositioning - *i.e.*, exchanging, returning, selling, or scrapping - slow-moving materials and supplies.

31. The consultant's findings were shared with Entergy's finance department, accounting managers, and its supply chain officer. The supply chain officer responded, "[t]here is of course concern about the magnitude of any eventual [write] off."

32. Ultimately, the first consultant recommended that Entergy conduct a more detailed analysis of, and then disposition of, slow-moving materials and supplies across its business units. Entergy, however, did not authorize the consultant's continued work on a comprehensive review of slow-moving materials and supplies. Nor did Entergy conduct its own comprehensive review of the significant quantities of potential surplus identified by the consultant to identify actual surplus and remeasure the surplus in accordance with GAAP.

33. In August 2019, an Entergy accounting manager was sent this consultant's March 2018 report and was told that Entergy's SOX controls (*i.e.*, internal control over financial reporting) for materials and supplies were not "necessarily operating effectively in all cases." Nevertheless, Entergy failed to make improvements to its internal accounting controls relating to surplus materials and supplies.

### 2.  Entergy Failed to Review Potential Surplus Materials and Supplies Identified by Company Employees

34. In November 2020, Entergy's supply chain group briefed several accounting managers regarding their limited analysis of the company's materials and supplies. The supply chain group identified nuclear materials and supplies reported at over $90 million that had not been used in 20 or more years. The briefing also noted a "significant amount of slow-moving inventory across the system," and explained that in its limited review, it "found opportunities to reduce inventory levels."

35. Accounting and supply chain employees then devised a plan to "improve SOX compliance," by, among other things, evaluating Entergy's controls around materials and supplies and counting and evaluating the usefulness of this $90 million of materials and supplies. In their review of Entergy's controls, Entergy employees identified "inconsistencies and gaps across functions." Despite the issues identified by Entergy employees, the company did not provide funding for engineers to evaluate and determine whether any of the $90 million materials and supplies was in fact needed or anticipated to be used – *i.e.,* whether it was surplus. In addition, Entergy did not remeasure any surplus materials and supplies and record any expense in accordance with GAAP. The company also failed to adopt accounting controls to address the proper accounting for surplus materials and supplies.

### 3.  Entergy Failed to Address Potential Surplus Materials and Supplies Identified by a Second Management Consultant

36. In mid-2021, Entergy retained a second management consultant to evaluate its practices relating to materials and supplies. In response to requests from this consultant, Entergy identified, based on its 2020 data, that it had over 130,000 categories of materials and supplies that exceeded the maximum amounts set by its business units. These materials and supplies were carried on Entergy's books at a total average cost of approximately $303 million. Entergy did not

identify which materials and supplies were surplus to its business needs or no longer had service potential or determine if remeasurement was necessary.

### D. Entergy Established an Allowance Without Reasonable Support

37. In August 2021, the company established an allowance for surplus and obsolete materials and supplies. The allowance was purportedly established to address the diminished likelihood that a part would be used once it is significantly aged. Entergy recorded $3 million in expense in late 2021, $9 million for the full year 2022, and $5 million for 2023 to adjust the carrying value of its $90 million of materials and supplies, primarily from its nuclear business, that had not been used in twenty or more years. These amounts, however, were not derived from an analysis of the materials and supplies identified by Entergy's consultants as potential surplus.

38. By November 2022, Entergy employees estimated that potential surplus materials and supplies that had not been used in 20 years had grown from $90 million to $193 million. At that time, Entergy employees suggested a "significantly larger reserve fund for disposing of potential surplus." Nevertheless, Entergy did not increase the reserve amount.

### E. Despite Employees' Documented Concerns, Entergy Failed to Devise and Maintain Adequate Internal Accounting Controls

39. In numerous instances throughout the Relevant Period, Entergy employees raised issues concerning the company's failure to identify and properly account for surplus materials and supplies.

40. For example, in September 2020, supply chain employees identified and raised issues concerning materials and supplies, including opportunities to consistently and systematically identify surplus material, ensure surplus was processed in accordance with standard accounting procedures, and remove surplus from inventory over time.

41.     In June 2021, supply chain employees relayed to accounting employees that only one business unit had a well-defined process to review material and supplies that had not been used in 10 or more years and suggested they "give consideration to how [to] best provide oversight" to the other business units.

42.     In August 2021, Entergy's second management consultant documented an Entergy employee's view that "sub-optimal controls" over materials and supplies were "a key contributor to asset growth," as Entergy employees could purchase materials and supplies when Entergy's quantity on hand was already over its maximum stocking levels.

43.     A November 2021 presentation provided to one of Entergy's officers described the "lack of meaningful inventory reporting for each [business unit], in particular [for] slow moving [and] surplus" as one of the root causes of Entergy's materials and supplies growth.

44.     Despite these documented issues, Entergy still failed to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurance that its accounting for surplus materials and supplies complied with GAAP. As a result of Entergy's failures to devise and maintain sufficient internal accounting controls for materials and supplies, Entergy's evaluation of its recorded materials and supplies for surplus was inadequate, and it therefore failed to ensure that it accurately and fairly remeasured these assets in accordance with GAAP.

## FIRST CLAIM FOR RELIEF
### (Violation of Exchange Act Books and Records Requirement)

45.     The SEC realleges and incorporates by reference here the allegations in all the foregoing paragraphs.

46.     As an issuer of securities registered with the SEC, Entergy was required to make and keep books, records, and accounts, which, in reasonable detail, accurately and fairly reflected the transactions and disposition of the assets of Entergy.  By the conduct described above, Entergy failed to do so, in violation of Section 13(b)(2)(A) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)].

## SECOND CLAIM FOR RELIEF
### (Violations of Exchange Act Internal Controls Requirements)

47.     The SEC realleges and incorporates by reference here the allegations in all the foregoing paragraphs.

48.     As an issuer of securities registered with the SEC, Entergy was required to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that Entergy's corporate transactions were recorded as necessary to permit the preparation of financial statements in conformity with GAAP and maintain accountability for assets pursuant to Exchange Act Section 13(b)(2)(B) [15 U.S.C. § 78m(b)(2)(B)]. By the conduct described above, Entergy failed to do so, in violation of Section 13(b)(2)(B) of the Exchange Act [15 U.S.C. § 78m(b)(2)(B)].

## **PRAYER FOR RELIEF**

WHEREFORE, the SEC respectfully requests that this Court:

### I.

Enter an order permanently enjoining Entergy from directly or indirectly violating the applicable provisions and rules of the federal securities laws as alleged and asserted above.

### II.

Enter an order requiring Entergy to: (1) retain, at its own expense, the services of a qualified Independent Consultant not unacceptable to the Commission staff, to (a) conduct a comprehensive assessment of Entergy's system of internal accounting controls related to the remeasurement of surplus materials and supplies, (b) make recommendations concerning Entergy's system of internal accounting controls related to the accounting for surplus materials and supplies, and (c) provide the SEC staff with a report documenting the review and recommendations not more than six months after being retained (the "Independent Consultant's Report"); (2) adopt and implement the recommendations in the Independent Consultant's Report within three months of the issuance of the report.

### III.

Enter an order requiring Entergy to pay penalties pursuant to Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)].

### IV.

Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

**V.**

Grant such other and further relief as this Court may determine to be just and necessary.

Dated: December 20, 2024

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

/s/ Carina A. Cuellar
Carina Cuellar, Esq. (DC Bar No. 1012127)
Ada Fernandez Johnson (DC Bar No. 463296)
Katherine H. Stella (NY Bar No. 4893723)

100 F Street, NE
Washington, DC 20549
(202) 551-6414 (Cuellar)
(202) 551-4604 (Johnson)
(202) 551-2113 (Stella)
CuellarC@sec.gov
JohnsonAdaF@sec.gov
StellaK@sec.gov

*Attorneys for Plaintiff*

Of counsel:

Christopher M. Bruckmann
Lisa Deitch
Stacy Bogert